458 A.2d 262

Commonwealth v. Dicker, Appellant.

Submitted December 13, 1982. Paul Perry de Marco, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.